MEEROW PRESS, INC., et al., Appellants, *v.* CONSOLIDATED EDISON COMPANY OF NEW YORK, INC., Respondent.

Argued November 27, 1950; decided January 4, 1951.

*Benedict Ginsberg* and *Morway Picket* for appellants.
*Jacob H. Goetz* and *Arthur L. Webber* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.